

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON WILSON | 2025 FEB 12 P 3: 44<br><br>No. 1:25-cr- 0002 - SDN |

## INDICTMENT

The grand jury charges:

### COUNT ONE
### Tax Evasion

From about January 2018 through about August 5, 2022, in the District of Maine and elsewhere, the defendant,

**BRANDON WILSON,**

willfully attempted to evade and defeat the payment of income tax due and owing by him to the United States of America for the calendar years 2010, 2011, 2012, 2013, 2014, 2015, 2016, and 2017, plus penalties and interest, by committing the following affirmative acts, among others:

a) Using nominees for buying debt portfolios and receiving proceeds from the sale of debt portfolios;

b) Using nominees for receiving income from debt collection activities;

c) Using nominees to pay **Wilson's** business expenses relating to debt collection activities;

d) Causing bank accounts designated for **Wilson's** personal use to be opened by nominees;

e) Using a debit card or debit cards associated with said accounts for **Wilson's** personal expenses;

f) Using business bank accounts and funds, including bank accounts and funds controlled by ANI Debt, LLC and Commonwealth Associates Group, LLC, to pay for **Wilson's** personal expenses;

g) Causing business associates to remit payment to him by cash, checks made to cash, online payment platforms, and bank checks; and

h) Causing business associates to conduct transactions on his behalf.

Thus, the defendant violated Title 26, United States Code, Section 7201.

A TRUE BILL

Signature Redacted – Original on file with the Clerk's Office

12 Feb 2025

_____
ASSISTANT UNITED STATES ATTORNEY